1076

William J. HITCHCOCK v. COMMISSIONER OF INTERNAL REVENUE.

No. 5549.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1930.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decree of Board of Tax Appeals affirmed upon authority of opinion in Hitchcock v. Commissioner (No. 5550) 44 F.(2d) 756.

Lawrence E. HUNTLEY, as Managing Owner of THE Steam Tug WINCECO, Appellant, v. THE Steam Tug J. C. REICHERT, Her Engines, etc., Reichert Towing Line, Inc., Appellee.

No. 330.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Macklin, Brown, Lenahan & Speer, of New York City (J. Dudley Eggleston, of New York City, of counsel), for appellant.

Single & Single, of New York City (William J. Mahar, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [39 F.(2d) 970] affirmed.

Richard HUSTY and Charles Laurel v. UNITED STATES of America.

No. 5660.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1930.

Percy F. Parrott, of Toledo, Ohio, for appellants.

Fred C. Wetmore, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Judgment of District Court affirmed by court order.

Apostolos Naoum KOTSOFSKIS, alias Apostol Naum Kochovsky, v. UNITED STATES of America.

No. 5795.

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1930.

John G. Romanoff, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

Edwin C. KUDY and Byron Langtry v. UNITED STATES of America.

No. 5667.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1930.

Martin J. Brennan, of Milwaukee, Wis., and Burleson & Herscher, of Grand Rapids, Mich., for appellants.

Fred C. Wetmore, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Judgment of District Court affirmed upon authority of Carroll v. United States, 267 U. S. 132, 45 S. Ct. 280, 69 L. Ed. 543, 39 A. L. R. 790.